## UNITED STATES of America, Plaintiff–Appellee

### v.

## Alejandro VILLARREAL, Defendant–Appellant.

### No. 15–50410
### Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Jan. 26, 2016.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Judy Fulmer Madewell, Assistant Federal Public Defender, Maureen Scott Franco, Federal Public Defender, Federal Public Defender's Office, San Antonio, TX, for Defendant–Appellant.

---

Before JOLLY, BENAVIDES, and HIGGINSON, Circuit Judges.

PER CURIAM: *

Alejandro Villarreal has appealed the district court's order denying his motion under 18 U.S.C. § 3582(c)(2) for a reduction of his sentence in light of amendment 782 to the Sentencing Guidelines. Villarreal has not shown that the district court abused its discretion in determining that a sentence reduction is not warranted. *See United States v. Whitebird,* 55 F.3d 1007, 1010 (5th Cir.1995). The judgment is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.